**COM.**

v.

**HENDERSON, W.**

**3064 EDA 2016**

Superior Court of Pennsylvania.

08/14/2017

CP–09–CR–0004423–2015
(Bucks)

Affirmed

■

**COM.**

v.

**CONAWAY, C.**

**3758 EDA 2016**

Superior Court of Pennsylvania.

08/14/2017

CP–51–CR–0005366–2010 (Philadelphia)

Affirmed

**COM.**

v.

**SANTIAGO, J.**

**644 EDA 2017**

Superior Court of Pennsylvania.

08/14/2017

CP–15–CR–0002721–2010
(Chester)

Affirmed

■

**SAWYER, D.**

v.

**SAWYER, R.**

**809 MDA 2016**

Superior Court of Pennsylvania.

08/14/2017
Reargument Denied 10/24/2017

2005–00136
(Lebanon)

Affirmed